IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID V. BARNARD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 04-023-JPG** |
| ) | |
| **ILLINOIS STATE;** ) | |
| **DIVISION of MENTAL HEALTH &** ) | |
| **HUMAN SERVICES;** ) | |
| **CAROL ADAMS and BRIAN THOMAS,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

| | | |
|---|---|---|
| June 13, 2005 | By: | s/ J. Phil Gilbert |
| *Date* | | *District Judge* |